*In re* LYDDY *et al.*

*(Supreme Court, General Term, First Department. March Term, 1891.)*

No opinion. Reference ordered in respect to service of papers. Order of reference handed down herewith.

---

HOLLS, Appellant, *v.* MUTUAL RESERVE FUND LIFE ASS'N, Respondent.

*(Supreme Court, General Term, First Department. March Term, 1891.)*

No opinion. Order affirmed, with $10 costs and disbursements of appeal.

---

COOK *et al.*, Respondents, *v.* UNDERHILL MANUF'G Co., Appellant.

*(Supreme Court, General Term, First Department. March Term, 1891.)*

No opinion. Motion denied; it should have been made before.

---

WINK, Appellant, *v.* WILSON, Respondent.

*(Supreme Court, General Term, Fifth Department. March Term, 1891.)*

No opinion. Judgment of county court appealed from affirmed, with costs.

---

PEOPLE *ex rel.* NASH, Surrogate, Plaintiff, *v.* EDWARDS *et al.*, Defendants.

*(Supreme Court, General Term, Fifth Department. March Term, 1891.)*

No opinion. Motion for a new trial denied, with costs, and judgment ordered for the defendants on the nonsuit on the authority of this case. 107 N. Y. 477, 14 N. E. Rep. 415.

---

BRADLEY SALT Co., Respondent, *v.* KEATING, Appellant.

*(Supreme Court, General Term, Fifth Department. March Term, 1891.)*

No opinion. The court declines to consider this appeal upon the papers contained in the appeal-book, for the reason that they are not certified to be "a copy of the notice of appeal and of the papers used before the court or the judge upon the hearing of the motion," as required by section 1353 of the Code of Civil Procedure.

---

HUGHES, Appellant, *v.* BOWEN, Respondent.

*(Supreme Court, General Term, Fifth Department. March Term, 1891.)*

No opinion. Judgment and order appealed from affirmed.

---

OUGH, Plaintiff, *v.* OUGH, Defendant.

*(Supreme Court, General Term, Fifth Department. March Term, 1891.)*

No opinion. Motion for a new trial denied, with costs, and the case remitted to the special term on the verdict.

---

CRUISE, Appellant, *v.* LEONARD, Respondent.

*(Supreme Court, General Term, Fifth Department. March Term, 1891.)*

No opinion. Judgment appealed from affirmed.

---

HAYNES, Appellant, *v.* FARWELL, Respondent.

*(Supreme Court, General Term, Fifth Department. March Term, 1891.)*

No opinion. Order setting aside verdict affirmed, with costs.